Dismissed and Memorandum Opinion filed April 26, 2007








Dismissed
and Memorandum Opinion filed April 26, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00198-CV

____________

 

JANET GAYLE ADUDDLE,
Appellant

 

V.

 

TRUMAN BODY, ET AL, Appellee

 



 

On Appeal from the 240th District
Court

Fort Bend County, Texas

Trial Court Cause No.
04-CV-137643

 



 

M E M O R
A N D U M   O P I N I O N

This is
an attempted appeal.  The clerk=s record was filed on March 23, 2007.  The record before this
court contains no appealable order.

On April
2, 2007, notification was transmitted to the parties of this court=s intention to dismiss the appeal for
want of jurisdiction unless appellant filed a response demonstrating grounds
for continuing the appeal on or before April 10, 2007.  See Tex. R. App. P. 42.3(a).








Appellant=s response fails to demonstrate that
this court has jurisdiction over the appeal.  Accordingly, the appeal is
ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed April
26, 2007.

Panel consists of Justices Anderson, Fowler, and Frost.